IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SARAH J. SIMS, MICHAEL E. SIMS,
individually and on behalf of all other
persons similarly situated,

Plaintiffs,

vs.     CIVIL ACTION NO. CV 108-064

SELECT PORTFOLIO SERVICING, INC.;
and JP MORGAN CHASE BANK, as
Trustee of the Truman Capital Mortgage
Loan Trust 2004-2 Asset-Backed Certificates
Series 2004-2,

Defendants.

## ORDER

The Plaintiff, acting through counsel, having filed with the Clerk a Dismissal With Prejudice in this civil action,

**IT IS HEREBY ORDERED** that said notice of dismissal is **APPROVED**, and this civil action is hereby **DISMISSED** with prejudice. Each party shall bear its own costs and expenses of litigation.

**SO ORDERED** this 24th day of June, 2009 at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA